**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARCUS MOLINE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1693-SLP |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court pursuant to its July 21, 2026 Order [Doc. No. 4]. Plaintiff, appearing pro se, filed a Complaint [Doc. No. 1] against the State of Oklahoma and the City of Hollis. The Court dismissed the Complaint on the basis that it failed to state a claim on which relief may be granted, as required by 28 U.S.C.§ 1915(e)(2), and that it did not comply with Fed. R. Civ. P. 8. *See* Order [Doc. No. 4] at 1-4. The Court allowed Plaintiff to file a curative amended complaint by August 11, 2026. *Id*. at 4. The Court specifically noted that "[i]f no amendment is timely filed, this action will be dismissed for the reasons [stated in the Order]." *Id*.

Plaintiff has not filed an amended complaint nor has he requested an extension of time to do so. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.[1] A separate judgment of dismissal shall be entered.

[1] Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED as moot.

IT IS SO ORDERED this 12th day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**